IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MELINDA THORNE,            )
                           )
        Plaintiff,          )
                           )
    v.                      )   No. 05-4195-CV-C-WAK
                           )
PRINCIPAL LIFE INSURANCE COMPANY, )
                           )
        Defendant.          )

### ORDER

Upon stipulation by the parties and pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, with prejudice, with the parties to bear their own attorney fees and costs. [15]

Dated this 8TH day of June, 2006, at Jefferson City, Missouri.

/s/ William A. Knox
WILLIAM A. KNOX
United States Magistrate Judge